UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

CATHY WEDGE,                           ) CV 07-6200-SH
                                       )
        Plaintiff,                 ) JUDGMENT
  v.                                   )
                                       )
MICHAEL J. ASTRUE,                     )
Commissioner of Social Security        )
Administration,                        )
                                       )
        Defendant.                 )
_____)

    IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision of the Commissioner is reversed and remanded for further proceedings, pursuant to Sentence 4 of U.S.C. § 405(g).

DATED: <u>August 6, 2008</u>

                                          _____/ s /_____
                                          STEPHEN J. HILLMAN
                                UNITED STATES MAGISTRATE JUDGE